UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **ROGER KRAUSE,** *et al.,* § <br> *Plaintiffs* § <br> § <br> vs. § <br> § <br> **CYNTHIA ZAMORA MCCOMBS,** *et al.,* § <br> **and** § <br> **U.S. DEPARTMENT OF** § <br> **AGRICULTURE** § <br> *Defendants* § | CIVIL ACTION NO. 6:19-CV-00058 |

## NOTICE OF REMOVAL OF CIVIL ACTION

**COMES NOW**, the United States of America, by and through Ryan K. Patrick, United States Attorney for the Southern District of Texas, and Lander Baiamonte, Assistant United States Attorney, on behalf of third-party defendant United States Department of Agriculture Natural Resources Conservation Service (hereinafter "USDA-NRCS"), pursuant to Title 28 United States Code § 1446, hereby files this Notice of Removal of the entire above-entitled cause now pending as Cause No. 18-11-83587-C, in the 267th Judicial District, Victoria County, Texas from the state court in which it was originally filed to the United States District Court for the Southern District of Texas, Victoria Division. This Removal is proper under Title 28 United States Code § 1346(b) and Title 28 United States Code §§ 1442, and in support thereof would respectfully show:

### I. Introduction

Cynthia Zamora McCombs and David Michael Zamora are named as defendants *in Roger Krause, et al. v. Cynthia Zamora McCombs, et al.* in the 267th Judicial District, Victoria County, Texas. [Exh. 1]. The State Court Action was filed on or about November 2, 2018, and the case

1

has not come to trial. Plaintiffs allege in the State Action that Defendants were negligent in conducting a prescribed burn on their property on January 29, 2018, and, as result of said negligence, "the prescribed burn spread outside of its intended area and damaged Plaintiffs' property." [Exh. 1].

On or about April 30, 3019, defendant Cynthia Zamora McCombs filed, in the State Action, a third-party complaint against the United States Department of Agriculture Natural Resources Conservation Service ("USDA") alleging USDA's negligence and a claim of indemnification and/or contribution. [Exh. 1].

## II. Basis for Removal

Removal is proper because this is a civil action against the USDA, an agency of the United States, acting in its official capacity for acts under color of right. 28 U.S.C. § 1442(a)(1).

## III. State Court Proceedings

A true and correct copy of all pleadings, process, orders and other filings in the state-court are attached to this notice as required by 28 U.S.C. §1446(a). See Attachment A.

## IV. Venue

Venue is proper in this district under 28 U.S.C. §1442(a)(1) because the state court where the suit has been pending is located in this district.

## V. Notice to State Court

USDA will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## VI. Conclusion

For the foregoing reasons, the United States of America seeks to remove the above-captioned action to the United States District Court for the Southern District of Texas pursuant to

28 U.S.C. §§ 2679(d)(2) and 1442(a)(1). Because the state action involves a common law tort claim against the United States Department of Agriculture, the claim is, therefore, within the exclusive jurisdiction of the United States District Court and the instant action is properly removed to the United States District Court for the Southern District of Texas.

WHEREFORE, the United States District Court has jurisdiction over the matter and the removal is properly perfected. Cause No. 18-11-83587-C, in the 267th Judicial District, Victoria County, Texas styled, *Roger Krause, et al. v. Cynthia Zamora McCombs, et al* which is presently pending should BE DEEMED REMOVED to the United States District Court for the Southern District of Texas with the filing of this Notice of Removal.

          Respectfully submitted,

          RYAN K. PATRICK
          UNITED STATES ATTORNEY

By:   *s/ Lander B. Baiamonte*
      LANDER B. BAIAMONTE
      Assistant United States Attorney
      Southern District of Texas No: 3312493
      Texas State Bar No: 24103831
      800 N. Shoreline Blvd., Suite 500
      Corpus Christi, TX 78401
      Tel. (361) 888-3111 || Fax (361) 888-3200
      Email: lander.baiamonte@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing "Notice of Removal" with all attachments thereto, will be served on the Honorable Robert E. Bell, Cause No. 18-11-83587-C, in the 267th Judicial District, Victoria County, Texas, 115 N Bridge St, 2nd Fl, Victoria, TX 77901-6544 and that a true copy thereof was also served upon the following by 1st class United States mail upon receipt of the copy with the clerk's docket entry number.

David H. Bradley
Walters, Balido & Crain
2500 Tanglewilde
Suite 250
Houston, Texas 77063
*Attorney for State Court Defendant/Third-Party Plaintiff*

Chris Heinemeyer
Krenek & Heinemeyer, P.C.
9601 McAllister Fwy Ste 1110
San Antonio, TX 78216-4695
*Attorney for Defendant David Michael Zamora*

David Roberts
Roberts, Odefey, Witte & Wall, LLP
PO Box 9
2206 N. Highway 35
Port Lavaca, TX 77979
*Attorney for Plaintiffs*

*s/ Lander B. Baiamonte*
**LANDER B. BAIAMONTE**
Assistant United States Attorney
