Case 6:19-cv-00058   Document 11   Filed on 07/19/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| ROGER KRAUSE, *et al*, § § § Plaintiffs § VS. § DAVID MICHAEL ZAMORA, § § Defendant § VS. § § CYNTHIA ZAMORA MCCOMBS, § § Defendant, 3rd Party Plaintiff § § U.S. DEPT. OF AGRICULTURE § § 3rd Party Defendant. § | CIVIL ACTION NO. 6:19-CV-00058 |

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

On this day, the Court considered the plaintiffs' unopposed motion to dismiss without prejudice (Dkt. No. 10), and the Court finds that there is objectively reasonable basis for this action to be dismissed without prejudice.

Therefore, the plaintiffs' unopposed motion to dismiss without prejudice is GRANTED. The above cited case is dismissed without prejudice.

It is so ORDERED.

SIGNED on this 19th day of July, 2019.

_____
Kenneth M. Hoyt
United States District Judge